# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 7. Mediation Questionnaire

*Instructions for this form:* *https://www.ca9.uscourts.gov/forms/form07instructions.pdf*

**9th Cir. Case Number(s)** 26-3939

**Case Name** Jeffrey Little v. Fernando Boiteux and Adam Uehara

**Counsel submitting this form** Dimitri D. Portnoi

**Represented party/parties** Fernando Boiteux and Adam Uehara

*Briefly describe the dispute that gave rise to this lawsuit.*

In 2023, the Board of Supervisors for the County of Los Angeles passed a motion to require the Progress Pride Flag ("PPF") be flown at certain County facilities. The Fire Department, which oversees the Lifeguard Division, implemented the Board motion through a policy memorandum, EA-231.
On June 18, 2023, Plaintiff Jeffrey Little, a lifeguard captain, requested a religious accommodation to be exempt from EA-231. On June 21, Plaintiff arrived at work to find that the PPF was flying at the site where he was stationed. He took down that PPF and two others that morning. His direct supervisor, Section Chief Arthur Lester, reported his conduct under the County Policy of Equity. Following an investigation by the County Equity Investigations Unit, Plaintiff was suspended for 15 days.
Plaintiff brought various claims against the County under Title VII, FEHA, Section 1983, and the California Constitution. As relevant on this appeal, Plaintiff also brought claims under Section 1983 against two individuals in his chain of command, Lifeguard Chief Fernando Boiteux and Assistant Chief Adam Uehara, for allegedly acting with anti-religious animus and thereby violating his free exercise rights.
Chiefs Boiteux and Uehara deny that they acted with anti-religious animus. They further deny that they acted as decisionmakers with respect to the discipline that Plaintiff faced.

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 7**                                                                 *Rev. 09/01/22*

*Briefly describe the result below and the main issues on appeal.*

In March 2026, the County and the individual Defendants (Chiefs Boiteux, Uehara, and Lester) moved for summary judgment on all of Plaintiff's claims, and Plaintiff cross-moved for summary judgment on most of his claims. In particular, the three individual Defendants moved for summary judgment as to Plaintiff's Section 1983 claim against them on qualified immunity grounds. The district court denied summary judgment to the County, Chiefs Boiteux and Uehara, and Plaintiff, but granted summary judgment to Chief Lester on his qualified immunity defense. The district court held that there was a dispute of fact as to whether Chiefs Boiteux and Uehara acted with religious animus. Defendants do not challenge that factual determination through this appeal. Underlying the district court's denial of summary judgment is a separate, legal conclusion: that Plaintiff's religious exercise was burdened by (1) Chief Boiteux's issuance of a "Direct Order" to Plaintiff after he lowered the PPFs and (2) Chief Uehara's refusal to allow Plaintiff to use his benefit time for the rest of June 2023. Defendants appeal whether, assuming the facts in Plaintiff's favor on all issues where the district court found a dispute of material fact, the law is clearly established that Defendants' actions--neither of which deprived Plaintiff of anything--burdened his religion and thereby state a violation of the Free Exercise Clause.

*Describe any proceedings remaining below or any related proceedings in other tribunals.*

On June 17, 2026, the same day that Defendants noticed this appeal, they filed a motion to stay proceedings in the district court pending the resolution of this appeal. That motion is scheduled to be heard on August 21, 2026.
That same day, Plaintiff filed the parties' joint stipulation to continue the final pretrial conference (currently scheduled for August 7, 2026) to October 9, 2026. If granted, this stipulation would also continue various deadlines associated with the final pretrial conference. Finally, Defendants filed two Daubert motions to exclude opinion testimony of Plaintiff's experts, which are currently scheduled to be heard on July 24.

**Signature** s/ Dimitri Portnoi    **Date** June 23, 2026

*(use "s/[typed name]" to sign electronically-filed documents)*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 7**                                                                 *Rev. 09/01/22*