# UNITED STATES COURT OF APPEALS
## FOR THE NINTH CIRCUIT

## Form 7. Mediation Questionnaire

*Instructions for this form:* *https://www.ca9.uscourts.gov/forms/form07instructions.pdf*

**9th Cir. Case Number(s)** 26-3939

**Case Name** Jeffrey Little v. Fernando Boiteux and Adam Uehara

**Counsel submitting this form** Jeffrey M. Trissell

**Represented party/parties** Jeffrey Little

*Briefly describe the dispute that gave rise to this lawsuit.*

Plaintiff Jeffrey Little is a Captain in the Los Angeles County Fire Department's Lifeguard Division. He is also a devout Christian with traditional religious beliefs concerning marriage and sexuality. His religious beliefs first came into conflict with the requirements of his job in 2023 when the County of Los Angeles adopted EA-231 to celebrate Pride Month through display of the Progress Pride Flag ("PPF") on certain county property in the month of June. Little notified his employer of the conflict and made a request for religious accommodation whereby responsibility for ensuring flying of the PPF would be delegated to someone else.

What followed was a series of events in which the County initially granted his request via a simple shift-swap, then withdrew it, and disciplined him when he stood on his religious beliefs. Every year since, the County has continued to refuse to accommodate his religious beliefs in relation to the PPF. Captain Little then brought claims against the County and various of his supervisors under Title VII of the Civil Rights Act of 1964 ("Title VII"), the California Fair Employment and Housing Act ("FEHA"), and the Free Exercise clauses of the United States and California constitutions.

*Feedback or questions about this form? Email us at* *forms@ca9.uscourts.gov*

**Form 7**                                                                 *Rev. 09/01/22*

1

*Briefly describe the result below and the main issues on appeal.*

Captain Little's Free Exercise claims are brought against Defendants Lifeguard Chief Fernando Boiteux and Assistant Lifeguard Chief Adam Uehara. After the County granted Captain Little a religious accomodation, the County later decided to revoke it. At the time, Lifeguard Chief Boiteux hand-delivered a "Direct Order" to Captain Little instructing him to ensure raising of the PPF and advising him that his religious beliefs "don't matter." At the same time, Assistant Lifeguard Chief Uehara denied Captain Little's request to take personal leave on the basis that he believed Captain Little's religious accommodation request was "orchestrated." At both the pleadings and summary judgment stage, the District Court, the Hon. Josephine L. Staton, held that there was adequate evidence that Chiefs Boiteux and Uehara had acted with anti-religious animus in violation of the Free Exercise Clause and that it was clearly established that intentional religious discrimination violated Captain Little's constitutional rights. *See* 2025 WL 409427 at *7; 2026 WL 1693929 at *9-*13. Following the summary judgment ruling, Chiefs Boiteux and Uehara have appealed the denial of qualified immunity.

*Describe any proceedings remaining below or any related proceedings in other tribunals.*

Captain Little's Title VII and FEHA claims against Los Angeles County are still proceeding, with a Final Pretrial Conference scheduled for August 2026. Defendants have filed a motion to stay district court proceedings pending this appeal. Captain Little is also prosecuting a state administrative appeal of his discipline for not ensuring flying of the PPF.

**Signature** /s/ Jeffrey M. Trissell    **Date** June 23, 2026

*(use "s/[typed name]" to sign electronically-filed documents)*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 7**      *Rev. 09/01/22*

2

*Jeffrey Little v. Fernando Boiteux, et al.*
United States District Court No.: 2:24-cv-04353-JLS (BFMx)
Court of Appeal No.: 26-3939

## UNITED STATES COURT OF APPEALS

### FOR THE NINTH CIRCUIT

### PROOF OF SERVICE

I am employed in the County of San Diego, State of California. I am over the age of 18 years and not a party to the action; where the mailing occurs; and my business address is Box 9120, Rancho Santa Fe, California 92067; telephone number (858) 759-9948 and facsimile number (858) 759-9938. I further declare that I am readily familiar with the business practice for collection and processing of correspondence, pleadings, and discovery for service via U.S. Mail, Overnight Delivery, Facsimile And/or Personal Service, pursuant to which practice I served the following original document(s) or true copies thereof, with exhibits:

• **PLAINTIFFS' MEDIATION QUESTIONNAIRE.**

I certify that one true and correct copy of the foregoing was served on each of the interested parties in this action, addressed as follows:

Dimitri D. Portnoi, Esq.
Kyle M. Grossman, Esq.
Marni B. Robinow, Esq.
O'MELVENY & MYERS LLP
400 South Hope Street, Suite 1900
Los Angeles, CA 90071
Tel: (213) 430 6000; Fax: (213) 430 6407
E-Mail: dportnoi@omm.com
E-Mail: kgrossman@omm.com
E-Mail: mrobinow@omm.com
**Attorneys for Defendants County of Los Angeles, Fernando Boiteux, Arthur Lester, and Adam Uehara**

 X   **(BY ELECTRONIC MAIL)** I served a true copy, electronically on designated recipients via electronic transmission of said documents.

 X   **(BY ELECTRONIC FILING)** I hereby certify that I electronically filed the foregoing with the Clerk of Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

I declare under penalty of perjury, under the laws of the State of California, that the above is true and correct. Executed on June 23, 2026, at Rancho Santa Fe, California.

Kathy Denworth